# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 05, 2024

Ms. Laura Flores-Perilla
Justice Action Center
P.O. Box 27280
Los Angeles, CA 90027

Mr. Brandon Galli-Graves
Justice Action Center
P.O. Box 27280
Los Angeles, CA 90027

Ms. Esther Sung
Justice Action Center
P.O. Box 27280
Los Angeles, CA 90027

    No. 24-40571   State of Texas v. DHS
                          USDC No. 6:24-CV-306

Dear Ms. Flores-Perilla, Mr. Galli-Graves, Ms. Sung,

We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.

Filings in this court are governed strictly by the Federal Rules of **Appellate** Procedure. We cannot accept motions submitted under the Federal Rules of **Civil** Procedure. We can address only those documents the court directs you to file, or proper motions filed in support of the appeal. See Fed. R. App. P. and 5th Cir. R. 27 for guidance. We will not acknowledge or act upon documents not authorized by these rules.

All counsel who desire to appear in this case must electronically file a "Form for Appearance of Counsel" naming all parties represented within 14 days from this date, see Fed. R. App. P. 12(b) and 5th Cir. R. 12. This form is available on our website www.ca5.uscourts.gov. Failure to electronically file this form will result in removing your name from our docket. Pro se parties are not required to file appearance forms.

ATTENTION ATTORNEYS: Attorneys are required to be a member of the Fifth Circuit Bar and to register for Electronic Case Filing. The

"Application and Oath for Admission" form can be printed or downloaded from the Fifth Circuit's website, www.ca5.uscourts.gov. Information on Electronic Case Filing is available at www.ca5.uscourts.gov/cmecf/.

ATTENTION ATTORNEYS:  Direct access to the electronic record on appeal (EROA) for pending appeals will be enabled by the U S District Court on a per case basis.  Counsel can expect to receive notice once access to the EROA is available.  Counsel must be approved for electronic filing and must be listed in the case as attorney of record before access will be authorized.  Instructions for accessing and downloading the EROA can be found on our website at http://www.ca5.uscourts.gov/docs/default-source/forms/instructions-for-electronic-record-download-feature-of-cm.  Additionally, a link to the instructions will be included in the notice you receive from the district court.

Sealed documents, except for the presentence investigation report in criminal appeals, will not be included in the EROA.  Access to sealed documents will continue to be provided by the district court only upon the filing and granting of a motion to view same in this court.

We recommend that you visit the Fifth Circuit's website, www.ca5.uscourts.gov and review material that will assist you during the appeal process.  We especially call to your attention the Practitioner's Guide and the 5th Circuit Appeal Flow Chart, located in the Forms, Fees, and Guides tab.

ATTENTION:  If you are filing Pro Se (without a lawyer) you can request to receive correspondence from the court and other parties by email and can also request to file pleadings through the court's electronic filing systems.  Details explaining how you can request this are available on the Fifth Circuit website at http://www.ca5.uscourts.gov/docs/default-source/forms/pro-se-filer-instructions. This is not available for any pro se serving in confinement.

**Special guidance regarding filing certain documents:**

General Order No. 2021-1, dated January 15, 2021, requires parties to file in paper highly sensitive documents (HSD) that would ordinarily be filed under seal in CM/ECF.  This includes documents likely to be of interest to the intelligence service of a foreign government and whose use or disclosure by a hostile foreign government would likely cause significant harm to the United States or its interests.  Before uploading any matter as a sealed filing, ensure it has not been designated as HSD by a district court and does not qualify as HSD under General Order No. 2021-1.

A party seeking to designate a document as highly sensitive in the first instance or to change its designation as HSD must do so by motion. Parties are required to contact the Clerk's office for guidance before filing such motions.

**Sealing Documents on Appeal:**  Our court has a strong presumption of public access to our court's records, and the court scrutinizes any request by a party to seal pleadings, record excerpts, or other documents on our court docket.  Counsel moving to seal matters

must explain in particularity the necessity for sealing in our court. Counsel do not satisfy this burden by simply stating that the originating court sealed the matter, as the circumstances that justified sealing in the originating court may have changed or may not apply in an appellate proceeding. It is the obligation of counsel to justify a request to file under seal, just as it is their obligation to notify the court whenever sealing is no longer necessary. An unopposed motion to seal does not obviate a counsel's obligation to justify the motion to seal.

          Sincerely,

          LYLE W. CAYCE, Clerk

          *Amanda M. Duroncelet*
          By: _____
          Amanda M. Duroncelet, Deputy Clerk

cc:
    Mr. Philip Jordan Axt
    Mr. Thomas Elliot Gaiser
    Mr. Garrett M. Greene
    Mr. Alan M. Hurst
    Mr. David O'Toole
    Mr. Stephen John Petrany
    Mr. Erez Reuveni
    Mr. Eric Harris Wessan
    Mr. Michael Zarian

Provided below is the court's official caption. Please review the parties listed and advise the court immediately of any discrepancies. If you are required to file an appearance form, a complete list of the parties should be listed on the form exactly as they are listed on the caption.

---

Case No. 24-40571

---

State of Texas; State of Alabama; State of Arkansas; State of Florida; State of Georgia; State of Iowa; State of Kansas; State of Louisiana; State of Missouri; State of North Dakota; State of Ohio; State of South Carolina; State of South Dakota; State of Tennessee; State of Wyoming; State of Idaho,

    Plaintiffs - Appellees

v.

United States Department of Homeland Security; Alejandro Mayorkas, in his official capacity as Secretary for DHS; Ur Mendoza Jaddou, in her official capacity as Director of USCIS; Troy Miller, in his official capacity as the Acting Commissioner of CBP; Patrick J. Lechleiter, in his official capacity as the Acting Director of ICE; Office of Management and Budget; Shalanda Young, in her official capacity as the Director of the Office of Management and Budget,

    Defendants - Appellees

Oscar Silva Perez; Natalie Taylor; Salvador Doe; Justin Doe; Carmen Miranda Zayas; Ricardo Ocampo Hernandez; Jessika Ocampo Hernandez; Foday Turay; Jaxhiel Turay; Genaro Vicencio Palomino; Cindy Siqueiros Maduena; Coalition for Humane Immigrant Rights,

    Movants - Appellants