# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 11, 2024
Lyle W. Cayce
Clerk

No. 24-40571

STATE OF TEXAS; STATE OF ALABAMA; STATE OF ARKANSAS; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IOWA; STATE OF KANSAS; STATE OF LOUISIANA; STATE OF MISSOURI; STATE OF NORTH DAKOTA; STATE OF OHIO; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF WYOMING; STATE OF IDAHO,

*Plaintiffs—Appellees*,

versus

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO MAYORKAS, *in his official capacity as Secretary for DHS*; UR MENDOZA JADDOU, *in her official capacity as Director of USCIS*; TROY MILLER, *in his official capacity as the Acting Commissioner of CBP*; PATRICK J. LECHLEITER, *in his official capacity as the Acting Director of ICE*; OFFICE OF MANAGEMENT AND BUDGET; SHALANDA YOUNG, *in her official capacity as the Director of the Office of Management and Budget*,

*Defendants—Appellees*,

OSCAR SILVA PEREZ; NATALIE TAYLOR; SALVADOR DOE; JUSTIN DOE; CARMEN MIRANDA ZAYAS; RICARDO OCAMPO HERNANDEZ; JESSIKA OCAMPO HERNANDEZ; FODAY TURAY; JAXHIEL TURAY; GENARO VICENCIO PALOMINO; CINDY SIQUEIROS MADUENA; COALITION FOR HUMANE IMMIGRANT RIGHTS,

*Movants—Appellants*.

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:24-CV-306

## UNPUBLISHED ORDER

The administrative panel has expedited the appeal and has established a briefing schedule. This merits panel has set oral argument for October 10, 2024. The district court has entered an administrative stay, expiring September 23, of the defendants' proposed action and has set a hearing and possible trial for September 18.

Meaning no criticism of the district court's recognition of the need for prompt resolution, this panel must have an opportunity to consider the merits briefs, scheduled to be received by September 16, and to hear argument on the appeal of the denial of intervention. Accordingly, we administratively STAY proceedings in the district court pending a decision on the merits or other order of this court. The stay issued by the district court will remain in effect pending further order of this court.

Nothing in this order is to be construed as a comment on the merits of the instant appeal, regarding intervention, or on the underlying merits of the litigation.

LYLE W. CAYCE, *Clerk*
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT