

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7260
Washington, D.C. 20530-0001

Tel: (202) 514-3388

September 12, 2024

**By ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130
(504) 310-7700

    Re:    *State of Texas v. U.S. Department of Homeland Security*, No. 24-40571

Dear Mr. Cayce:

    We are writing to inform the Court that the federal government is not planning to file a response brief in this appeal of the district court's denial of Appellants' motion to intervene. The district court case from which this appeal arises involves a challenge brought by plaintiff States to a recent federal register notice published by the Department of Homeland Security regarding a process through which certain noncitizen noncitizen spouses and noncitizen stepchildren of U.S. citizens may apply for a discretionary grant of parole. *See Implementation of Keeping Families Together*, 89 Fed. Reg. 67,459 (Aug. 20, 2024). Appellants' opening brief addresses the question whether the district court erred in denying Appellants' request to intervene in the litigation. The federal government took no position on intervention below, takes no position on that question on appeal, and thus does not intend to file a response to Appellants' brief.

    The federal government may, however, wish to seek relief from this Court's September 11, 2024 order extending a temporary stay entered by the district court, which bars the Department of Homeland Security from

implementing the challenged notice. The federal government may also wish to participate in any oral argument that addresses any questions related to the Court's extension of the stay that may arise.

Sincerely,

GERARD SINZDAK

/s/ *Sean R. Janda*
SEAN R. JANDA
   Attorneys
   Civil Division, Appellate Staff
   U.S. Department of Justice
   950 Pennsylvania Avenue NW
   Room 7260
   Washington, D.C. 20530
   (202) 514-3388