No. 24-40571

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

STATE OF TEXAS, *et al.*,

    *Plaintiffs-Appellees*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

    *Defendants-Appellees*,

and

OSCAR SILVA PEREZ, *et al.*,

    *Movants-Appellants*.

## MOTION TO WITHDRAW COUNSEL

Vanessa Rivas-Bernardy respectfully requests that this Court withdraw her appearance as counsel in the above-captioned case because she is ending her employment with Justice Action Center. Movants-Appellants will continue to be represented by the remaining counsel of record.

Dated: September 27, 2024      Respectfully submitted,

                                            */s/ Vanessa Rivas-Bernardy*
                                            Vanessa Rivas-Bernardy
                                            JUSTICE ACTION CENTER

P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
Facsimile: (323) 450-7276
*Counsel for Movants-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2024, this document was filed through the Court's CM/ECF system, which served it upon all counsel of record.

*/s/ Vanessa Rivas-Bernardy*
Vanessa Rivas-Bernardy

## CERTIFICATE OF COMPLIANCE

This motion to withdraw complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because this motion contains 38 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f). As required by Fed. R. App. P. 27(d)(1)(E), it also complies with the typeface requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

*/s/ Vanessa Rivas-Bernardy*
Vanessa Rivas-Bernardy