# United States Court of Appeals
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

October 02, 2024

Mr. Sean Janda
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Suite 7260
Washington, DC 20530

Mr. Aaron Lloyd Nielson
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Ms. Karen Cassandra Tumlin
Justice Action Center
P.O. Box 27280
Los Angeles, CA 90027

    No. 24-40571    State of Texas v. DHS
                           USDC No. 6:24-CV-306

Dear Counsel,

Please be advised that the oral argument of this case has been moved from the West Courtroom to the En Banc Courtroom on Thursday, October 10, 2024, at 9:30 a.m. Counsel should check in with the courtroom deputy in Room 105 of the Wisdom Courthouse between 8:30 and 9:00 a.m. Central time on the day of argument.

Please acknowledge receipt of this notice by email to kim_pollard@ca5.uscourts.gov.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Charles B. Whitney, Deputy Clerk
504-310-7679

cc:
    Ms. Paige Austin
    Mr. Philip Jordan Axt
    Mr. William Francis Cole
    Ms. Laura Flores-Perilla
    Mr. Thomas Elliot Gaiser
    Mr. Brandon Galli-Graves
    Mr. Garrett M. Greene
    Mr. Gene Patrick Hamilton
    Mr. Alan M. Hurst
    Ms. Hillary Li
    Mr. David O'Toole
    Mr. Stephen John Petrany
    Ms. Lanora Christine Pettit
    Mr. Erez Reuveni
    Mr. Gerard J. Sinzdak
    Mr. Harold A. Solis
    Ms. Esther Sung
    Mr. Ryan Daniel Walters
    Mr. Eric Harris Wessan
    Mr. Michael Zarian