# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 4, 2024
Lyle W. Cayce
Clerk

No. 24-40571

State of Texas; State of Alabama; State of Arkansas; State of Florida; State of Georgia; State of Iowa; State of Kansas; State of Louisiana; State of Missouri; State of North Dakota; State of Ohio; State of South Carolina; State of South Dakota; State of Tennessee; State of Wyoming; State of Idaho,

*Plaintiffs—Appellees*,

*versus*

United States Department of Homeland Security; Alejandro Mayorkas, *in his official capacity as Secretary for DHS*; Ur Mendoza Jaddou, *in her official capacity as Director of USCIS*; Troy Miller, *in his official capacity as the Acting Commissioner of CBP*; Patrick J. Lechleiter, *in his official capacity as the Acting Director of ICE*; Office of Management and Budget; Shalanda Young, *in her official capacity as the Director of the Office of Management and Budget*,

*Defendants—Appellees*,

Oscar Silva Perez; Natalie Taylor; Salvador Doe; Justin Doe; Carmen Miranda Zayas; Ricardo Ocampo Hernandez; Jessika Ocampo Hernandez; Foday Turay; Jaxhiel Turay; Genaro Vicencio Palomino; Cindy Siqueiros Maduena; Coalition for Humane Immigrant Rights,

*Movants—Appellants*.

No. 24-40571

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:24-CV-306

---

Before SMITH, CLEMENT, and HIGGINSON, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellants pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.